UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK U.S. DISTRICT COURT
FEB 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

| Perfect 10 Inc | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | CV 14-00808 JFW(VBKx) |
| v. | |
| Ocom B.V. et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases) |
| Defendant(s). | |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

_____         Stephen V. Wilson
Date                             United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases involve different defendants sued under different causes of action. The defendants have different business models, and the type of infringing conduct alleged is different. The prior case also involved breach of a settlement agreement that is not at issue in the new case.

2/12/14                          [signature]
Date                             United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ___CV 13-07279 SVW(Ex)___ and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.
☐ E.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Kenton___ to Magistrate Judge ___Eick___.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials ___SVW(Ex)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 14-00808 SVW(Ex)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern  ☐ Eastern Division.

Traditionally filed subsequent documents must be filed at the ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

cc: ☐ Previous Judge     ☐ Statistics Clerk

CV-34 (05/08)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases)