AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>_____<br>Plaintiff(s)<br>v.<br>OCOM B.V., a Netherlands Limited Liability Company; LEASEWEB NETHERLANDS B.V. (aka LeaseWeb B.V.), a Netherlands Limited Liability Company; ~~et al.,~~<br>_____<br>Defendant(s)<br>See Attachment | )<br>)<br>)<br>)<br>)  CV14-808-JFW(VBKx)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Lynell D. Davis, Esq.
     PERFECT 10, INC.
     11803 Norfield Court
     Los Angeles, CA 90077


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 3-4-14                                     CHRIS SAWYER
                                        Signature of Clerk or Deputy Clerk

1149

ORIGINAL

1  Eric J. Benink, Esq., SBN 187434
   eric@kkbs-law.com
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   550 West C Street, Suite 530
3  San Diego, CA 92101
4  (619) 232-0331 (ph)
   (619) 232-4019 (fax)
5
6  Lynell D. Davis, Esq., SBN 271152
   lynell@perfect10.com
7  Natalie Locke, Esq., SBN 261363
   natalie@perfect10.com
8  PERFECT 10, INC.
   11803 Norfield Court
9  Los Angeles, CA 90077
10 (310) 476-8231 (ph)
   (310) 476-0700 (fax)
11
12 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>OCOM B.V., a Netherlands Limited Liability Company; LEASEWEB NETHERLANDS B.V. (aka LeaseWeb B.V.), a Netherlands Limited Liability Company; LEASEWEB USA, INC., a Delaware Corporation; LEASEWEB DEUTSCHLAND GmbH, a German Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00808-JFW-VBK<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |