Anna Hsia (SBN 234179)
anna@zwillgen.com
ZWILLGEN LAW, LLP
915-2 Battery Street, 2d Floor
San Francisco, CA 94111
Telephone: (415) 590-2335
Facsimile:  (415) 445-0908

Jacob A. Sommer (*pro hac vice*)
jake@zwillgen.com
ZWILLGEN PLLC
1900 M St. NW, Suite 250
Washington, DC 20036
Tel: (202) 296-3585
Facsimile: (202) 706-5298

Attorneys for Defendant
**LEASEWEB USA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>OCOM B.V., a Netherlands Limited Liability Company, et al.,<br><br>                    Defendants. | Case No. CV14-00808-JFW (VBKx)<br><br>**DEFENDANT LEASEWEB USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed:  February 3, 2014<br>Dept.: 16 – Spring Street Floor<br>Judge:  Honorable John F. Walter |

Defendant LeaseWeb USA, Inc. ("Defendant" or "LeaseWeb USA") hereby answers the First Amended Complaint (the "FAC") of plaintiff Perfect 10, Inc. ("P10").  LeaseWeb USA's responses are made without waiving, and expressly reserving, all rights that LeaseWeb USA has to file dispositive motions addressed to some or all of the claims asserted in the FAC.  Except as expressly admitted herein, each and every allegation in the FAC is denied.

In response to the numbered paragraphs and sentences of the FAC, LeaseWeb USA, responds as follows:

1. LeaseWeb USA admits that P10 has alleged copyright infringement against LeaseWeb USA and other parties.  LeaseWeb USA further admits that it has referred to itself as "LeaseWeb."  LeaseWeb USA denies that it engaged in any knowing, willful, or volitional actions constituting copyright infringement.  LeaseWeb USA denies that it has any alter ego or agency relationship with any other defendant.  LeaseWeb USA admits that it provides web hosting services, but lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 1 of the FAC and therefore denies these allegations.

2. LeaseWeb USA denies that it received 22 notices from Plaintiff under the Digital Millennium Copyright Act ("DMCA").  LeaseWeb USA further denies that any notices sent by Plaintiff or on Plaintiff's behalf to LeaseWeb USA conformed with the DMCA's requirements.  LeaseWeb USA admits that the email address, abuse@leaseweb.com, is an email address listed on the www.leaseweb.com website.  LeaseWeb USA denies that it lacks a designated agent to receive DMCA notices.  LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 2 of the FAC regarding the other defendants and therefore denies these allegations.  LeaseWeb USA lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 2 of the FAC and therefore denies these allegations.

-1-
DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

3.   LeaseWeb USA denies that it has actual knowledge of allegedly "rampant infringement" by any of its customers and that it has committed copyright infringement. LeaseWeb USA denies it has knowingly aided and abetted massive alleged infringers, including megaupload.com. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 3 of the FAC regarding the other defendants and therefore denies these allegations. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 3 of the FAC and therefore denies these allegations.

4.   Paragraph 4 states a legal conclusion to which no response is required.

5.   Paragraph 5 states a legal conclusion to which no response is required.

6.   The allegations in the first sentence of Paragraph 6 of the FAC contain legal conclusions to which no response is required. LeaseWeb USA admits that it generates revenue from California customers, but denies that any of P10's claims arise out of or relate to that revenue or those customers. LeaseWeb USA denies any wrongful activity, including wrongful activity directed to California, and denies knowing that any harm related to LeaseWeb USA's conduct would be suffered by P10 in California. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 6 of the FAC regarding the other defendants and therefore denies these allegations. Except as expressly admitted, LeaseWeb USA denies the remaining allegations of paragraph 6 of the FAC.

7.   LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 7 of the FAC and therefore denies the allegations.

8.   LeaseWeb USA admits the allegations in Paragraph 8 of the FAC.

9.   LeaseWeb USA admits the allegations of Paragraph 9 of the FAC.

10.  LeaseWeb USA admits the allegations of Paragraph 10 of the FAC.

11.  LeaseWeb USA admits the allegations of Paragraph 11 of the FAC.

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

1   12. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 12 of the FAC regarding the other defendants and therefore denies these allegations. LeaseWeb USA denies the remaining allegations of paragraph 12 of the FAC.

13. LeaseWeb USA denies the allegations of paragraph 13 of the FAC.

14. LeaseWeb USA denies the allegations of paragraph 14 of the FAC.

15. LeaseWeb USA denies that it is an intertwined alter-ego or agent of any other defendant. LeaseWeb USA admits that it is a subsidiary of Ocom B.V. LeaseWeb admits that P10 failed to attach copies of http://www.ocomcareers.com/en/aboutus/ocom-brands; http://ocomcareers/en/about-us/leaseweb; and http://www.prnewswire.com/newsreleases/internet-pioneer-william-schrader-joins-leaseweb-usa-as-ceo-170163426.html to the FAC, which lack foundation and otherwise speak for themselves. Except as expressly admitted, LeaseWeb USA denies the remaining allegations of paragraph 15 of the FAC.

16. LeaseWeb USA admits that it uses the website www.leaseweb.com. LeaseWeb USA further admits that it offers hosting services, cloud hosting, and reseller programs. LeaseWeb USA further admits that it maintains a telephone number at 571.814.3777 and has equipment located in a data center in Manassas, Virginia. LeaseWeb USA admits that the website, www.leaseweb.com includes sections discussing, "Working at LeaseWeb," "About LeaseWeb," "LeaseWeb Cloud," and "Our Company." LeaseWeb USA admits that the website, www.leaseweb.com, contains a section entitled, "Our Company," and that section refers to "LeaseWeb" as a "leading hosting provider" that is "privately owned by management." LeaseWeb USA admits the website www.leaseweb.com maintains a Network Infrastructure Map. LeaseWeb admits that P10 failed to attach copies of the websites cited in Paragraph 16 of the FAC to the FAC, which lack foundation and otherwise speak for themselves. LeaseWeb USA denies the remaining allegations of paragraph 16 of the FAC as to LeaseWeb USA. LeaseWeb USA

ZWILLGEN LAW LLP
915-2 BATTERY STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2335

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

1  lacks sufficient information or belief on which to admit or deny the allegations of
2  paragraph 16 of the FAC regarding the other defendants and therefore denies these
3  allegations.

4       17.    LeaseWeb USA admits that Con Zwinkels holds the title of Managing
5  Director of Ocom.  LeaseWeb admits that P10 failed to attach copies of the websites
6  cited in Paragraph 17 of the FAC to the FAC, which lack foundation and otherwise
7  speak for themselves.  The remainder of Paragraph 17 states a legal conclusion to
8  which no response is required.  Except as expressly stated herein, LeaseWeb USA
9  denies the remainder of Paragraph 17 of the FAC

10       18.    LeaseWeb USA admits that its services are advertised through the
11  website at www.leaseweb.com.  LeaseWeb USA denies the remaining allegations of
12  paragraph 18 of the FAC as to LeaseWeb USA.  LeaseWeb USA lacks sufficient
13  information or belief on which to admit or deny the allegations of paragraph 18 of
14  the FAC regarding the other defendants and therefore denies these allegations.

15       19.    LeaseWeb USA lacks sufficient information or belief on which to
16  admit or deny the allegations of paragraph 19 of the FAC and therefore denies the
17  allegations..

18       20.    LeaseWeb USA lacks sufficient information or belief on which to
19  admit or deny the allegations of paragraph 20 of the FAC and therefore denies the
20  allegations.

21       21.    LeaseWeb USA denies that any infringement by any party has caused
22  any of P10's alleged loss of revenue.  LeaseWeb USA lacks sufficient information
23  or belief on which to admit or deny the remaining allegations of paragraph 21 of the
24  FAC and therefore denies the allegations.

25       22.    LeaseWeb USA lacks sufficient information or belief on which to
26  admit or deny the allegations of paragraph 22 of the FAC and therefore denies the
27  allegations.

28

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

ZWILLGEN LAW LLP
915-2 BATTERY STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2335

23. LeaseWeb USA denies that P10's revenues are currently derived predominately from sales of memberships to its perfect10.com website. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 23 of the FAC and therefore denies the allegations.

24. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 24 of the FAC and therefore denies the allegations.

25. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 25 of the FAC and therefore denies the allegations.

26. LeaseWeb USA denies the allegations of copyright infringement. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 26 of the FAC regarding the other defendants and therefore denies these allegations. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 26 of the FAC and therefore denies the allegations.

27. LeaseWeb USA denies the allegations of copyright infringement. LeaseWeb USA denies that it received proper "DMCA notices." LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 27 of the FAC regarding the other defendants and therefore denies these allegations. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 27 of the FAC and therefore denies the allegations.

28. LeaseWeb USA admits that it provides web hosting services to owners of websites. LeaseWeb USA admits that it has used equipment located in Los Angeles, San Jose, and Palo Alto California, but denies that the equipment was used to transmit any images that are the subject of P10's complaint to users in California. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

1  allegations of paragraph 28 of the FAC regarding the other defendants and therefore
2  denies these allegations.  Except as expressly admitted, LeaseWeb USA denies the
3  remaining allegations of paragraph 28 of the FAC.

4      29.    LeaseWeb USA admits that it owns servers located in Manassas,
5  Virginia.  LeaseWeb USA admits that it acquired Shore.net, a hosting provider
6  located in Lynn, Massachusetts.  LeaseWeb USA lacks sufficient information or
7  belief on which to admit or deny the allegations of paragraph 29 of the FAC
8  regarding the other defendants and therefore denies these allegations.  Except as
9  expressly admitted, LeaseWeb USA denies the remaining allegations of paragraph
10 29 of the FAC.

11     30.    LeaseWeb USA admits that it has provided web hosting services to the
12 websites, "poringa.net," "ultraforos.com," and "ultraforos.net," and that these
13 websites were hosted on servers located in Manassas, Virginia.  LeaseWeb USA
14 lacks sufficient information or belief on which to admit or deny the allegations of
15 paragraph 30 of the FAC regarding the other defendants, and therefore denies the
16 allegations.  Except as expressly admitted, LeaseWeb USA denies the remaining
17 allegations of paragraph 30 of the FAC.

18     31.    LeaseWeb USA denies that it hosted the website Megaupload.com.
19 LeaseWeb USA lacks sufficient information or belief on which to admit or deny the
20 allegations of paragraph 31 of the FAC regarding the other defendants, and therefore
21 denies the allegations.  Except as expressly admitted, LeaseWeb USA denies the
22 remaining allegations of paragraph 31 of the FAC.

23     32.    LeaseWeb USA lacks sufficient information or belief on which to
24 admit or deny the allegations of paragraph 32 of the FAC regarding the other
25 defendants, and therefore denies the allegations.  LeaseWeb USA denies the
26 remaining allegations of paragraph 32 of the FAC.

27     33.    LeaseWeb USA denies that any of the webmasters of "poringa.net,"
28 "ultraforos.com," or "ultraforos.net" resides in California.  LeaseWeb USA lacks

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

sufficient information or belief on which to admit or deny the allegations of paragraph 33 of the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the remaining allegations of paragraph 33 of the FAC and therefore denies the allegations.

34. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 34 of the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA denies the remaining allegations of paragraph 34 of the FAC.

35. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 35 of the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA denies the remaining allegations of paragraph 35 of the FAC.

**FIRST CLAIM FOR RELIEF**

36. LeaseWeb USA incorporates its above responses to paragraphs 1-35 of the FAC as though fully set forth herein.

37. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 37 of the FAC and therefore denies the allegations.

38. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 38 of the FAC and therefore denies the allegations.

39. LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 39 of the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA denies the remaining allegations of paragraph 39 of the FAC.

40. Paragraph 40 states a legal conclusion to which no response is required. To the extent that a response is required, LeaseWeb USA lacks sufficient

1  information or belief on which to admit or deny the allegations of paragraph 40 of
2  the FAC regarding the other defendants, and therefore denies the allegations.
3  LeaseWeb USA denies the remaining allegations of paragraph 40 of the FAC.

4        41.    Paragraph 41 states a legal conclusion to which no response is required.
5  To the extent that a response is required, LeaseWeb USA lacks sufficient
6  information or belief on which to admit or deny the allegations of paragraph 41 of
7  the FAC regarding the other defendants, and therefore denies the allegations.
8  LeaseWeb USA denies the remaining allegations of paragraph 41 of the FAC.

9        42.    LeaseWeb USA lacks sufficient information or belief on which to
10 admit or deny the allegations of paragraph 42 of the FAC regarding the other
11 defendants, and therefore denies the allegations.  LeaseWeb USA denies the
12 remaining allegations of paragraph 42 of the FAC.

13       43.    LeaseWeb USA lacks sufficient information or belief on which to
14 admit or deny the allegations of paragraph 43 of the FAC regarding the other
15 defendants, and therefore denies the allegations.  LeaseWeb USA denies the
16 remaining allegations of paragraph 43 of the FAC.

17       44.    Paragraph 44 states a legal conclusion to which no response is required.
18 To the extent that a response is required, LeaseWeb USA lacks sufficient
19 information or belief on which to admit or deny the allegations of paragraph 44 of
20 the FAC regarding the other defendants, and therefore denies the allegations.
21 LeaseWeb USA denies the remaining allegations of paragraph 44 of the FAC.

22       45.    Paragraph 45 states a legal conclusion to which no response is required.
23 To the extent that a response is required, LeaseWeb USA denies the allegations of
24 Paragraph 45 of the FAC.

25       46.    Paragraph 46 states a legal conclusion to which no response is required.
26 To the extent that a response is required, LeaseWeb USA lacks sufficient
27 information or belief on which to admit or deny the allegations of paragraph 46 of
28

ZWILLGEN LAW LLP
915-2 BATTERY STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2335

-8-
DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA denies the remaining allegations of paragraph 46 of the FAC.

47. Paragraph 47 states a legal conclusion to which no response is required. To the extent that a response is required, LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 47 of the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA denies the remaining allegations of paragraph 47 of the FAC.

48. Paragraph 48 states a legal conclusion to which no response is required. To the extent that a response is required, LeaseWeb USA denies the allegations of paragraph 48 of the FAC.

49. Paragraph 49 states a legal conclusion to which no response is required. To the extent that a response is required, LeaseWeb USA lacks sufficient information or belief on which to admit or deny the allegations of paragraph 49 of the FAC regarding the other defendants, and therefore denies the allegations. LeaseWeb USA denies the remaining allegations of paragraph 49 of the FAC.

50. Paragraph 50 states a legal conclusion to which no response is required. To the extent that a response is required, LeaseWeb USA denies the allegations of paragraph 50 of the FAC.

## AFFIRMATIVE DEFENSES

Without admitting any of P10's allegations or conceding the burden of proof as to any issue found to be an element of the claim asserted by P10 in the FAC, LeaseWeb USA alleges the following separate affirmative defenses, without regard to whether they are "affirmative" defenses or matters as to which P10 has the burden of proof. LeaseWeb USA reserves the right to assert further defenses that may exist now or in the future based on discovery and further factual investigation in the case.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's FAC fails to state a claim against LeaseWeb USA upon which relief can be granted.

-9-
DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

## SECOND AFFIRMATIVE DEFENSE

LeaseWeb USA's lack of volitional conduct bars liability.

## THIRD AFFIRMATIVE DEFENSE

LeaseWeb USA's lack of culpable intent regarding alleged underlying infringements bars the claims against LeaseWeb USA.

## FOURTH AFFIRMATIVE DEFENSE

P10 has failed to join all necessary and indispensable parties, without whom, in equity and fairness, this action should not proceed.

## FIFTH AFFIRMATIVE DEFENSE

LeaseWeb USA's lack of direct financial profit from the alleged underlying infringements bars the claims against LeaseWeb USA.

## SIXTH AFFIRMATIVE DEFENSE

The fair use doctrine bars P10's claims.

## SEVENTH AFFIRMATIVE DEFENSE

The doctrine of unclean hands bars P10's claims.

## EIGHTH AFFIRMATIVE DEFENSE

The doctrine of copyright misuse bars P10's claims.

## NINTH AFFIRMATIVE DEFENSE

P10's failure to mitigate damages bars its claims.

## TENTH AFFIRMATIVE DEFENSE

P10's claims against LeaseWeb USA are barred, in whole or in part, because the damages or injury allegedly suffered by P10 would be the proximate result, either in whole or part, of acts or omissions of persons or entities other than LeaseWeb USA.

## ELEVENTH AFFIRMATIVE DEFENSE

The doctrines of waiver, estoppel, and laches each bar P10's claims.

## TWELFTH AFFIRMATIVE DEFENSE

Lack of ownership of the alleged copyrights bars P10's claims with respect to any copyrights that P10 does not own.

## THIRTEENTH AFFIRMATIVE DEFENSE

P10 has not incurred any actual damage to justify relief.

## FOURTEENTH AFFIRMATIVE DEFENSE

The safe harbors under 17 U.S.C. § 512 bars relief for P10's claims.

## FIFTEENTH AFFIRMATIVE DEFENSE

To the extent P10 or its predecessors did not register copyrights before alleged infringements or within three months of first publication of published works, the failure to register timely bars P10's claims for statutory damages and attorney's fees.

## SIXTEENTH AFFIRMATIVE DEFENSE

To the extent P10 or its predecessors did not register copyrights before alleged infringements of unpublished works, the failure to register timely bars P10's claims for statutory damages and attorney's fees.

## SEVENTEENTH AFFIRMATIVE DEFENSE

P10's claims for statutory damages violate the First, Fifth, and Eighth Amendments to the United States Constitution.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The lack of statutory causes of action for contributory infringement bars P10's claims for statutory damages.

## NINTEENTH AFFIRMATIVE DEFENSE

The Court lacks jurisdiction to adjudicate claims of infringement of copyrights for which P10 does not own the cause of action, and this case is not yet

ZWILLGEN LAW LLP
915-2 BATTERY STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2335

ripe for adjudication of infringements of copyrights for which P10 does not own a cause of action.

### TWENTIETH AFFIRMATIVE DEFENSE

To the extent that P10 is not the owner of a valid copyright registration for a work at issue, the failure to satisfy the statutory precondition for a valid copyright registration for a copyright infringement action bars P10's claims.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

P10's claims are barred by the applicable statute of limitation.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

This district is an improper venue.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over LeaseWeb USA.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

P10's claims are barred by P10's license, consent and acquiescence.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

P10's claims based on secondary liability are barred because LeaseWeb USA's products and/or services are staple articles of commerce.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

P10's claims are barred to the extent that it has forfeited or abandoned its intellectual property.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

P10's claims based on secondary liability are barred because LeaseWeb USA's products and/or services are capable of substantial non-infringing uses.

### PRAYER FOR RELIEF

LeaseWeb USA respectfully requests that the Court enter judgment in favor of LeaseWeb USA; that P10 takes nothing by its claims against LeaseWeb USA; award LeaseWeb USA its attorneys' fees and costs pursuant to the Copyright Act in connection with this action; and grant all other relief as this Court deems proper.

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT

## DEMAND FOR JURY TRIAL

LeaseWeb USA requests a trial by jury.

DATED: May 5, 2014                    **ZWILLGEN LAW LLP**

By: /s/ Anna Hsia
Anna Hsia SBN 234179
anna@zwillgen.com
**Attorneys for Defendant**
LEASEWEB USA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, I electronically filed the foregoing **DEFENDANT LEASEWEB USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Eric J. Benink, Esq.<br>KRAUSE KALFAYAN BENINK & SLAVENS, LLP<br>550 West C. Street, Suite 530<br>San Diego, CA 92101<br>Telephone: (619) 232-0331<br>Facsimile   (619) 232-4019<br>Email: eric@kkbs-law.com<br>Attorneys for Plaintiff | Lynell D. Davis, Esq.<br>Natalie Locke, Esq.<br>PERFECT 10, INC.<br>11803 Norfield Court<br>Los Angeles, CA 90077<br>Telephone:  (310) 476-8231<br>Facsimile:  (310) 476-0700<br>lynell@perfect10.com<br>natalie@perfect10.com<br>Attorneys for Plaintiff |
| David Nathan Schultz<br>Law Offices of David N. Schultz<br>1747 Preuss Road<br>Los Angeles, CA  90035<br>Telephone:  (310) 839-3150<br>Facsimile:  (310) 559-3091<br>schu1984@yahoo.com<br>Attorneys for Plaintiff | Jacob A. Sommer<br>ZWILLGEN PLLC<br>1900 M Street NW Suite 250<br>Washington, DC  20036<br>Telephone:  (202) 706-5205<br>Facsimile:  (202) 706-5298<br>jake@zwillgen.com<br>Attorneys for Defendant<br>LeaseWeb USA, Inc. |

ZWILLGEN LAW LLP
915-2 BATTERY STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2335

| | |
|---|---|
| 1 | Michael S. Brophy |
| 2 | Nathan Meyer |
| 3 | RUSS AUGUST AND KABAT |
|   | 12424 Wilshire Blvd., 12th Floor |
| 4 | Los Angeles, CA  90025 |
| 5 | Telephone:  (310) 826-7474 |
|   | Facsimile:  (310) 826-6991 |
| 6 | mbrophy@raklaw.com |
| 7 | nmeyer@raklaw.com |
|   | Attorneys for Defendant |
| 8 | LeaseWeb USA, Inc. |

                                            /s/ Anna Hsia
                                            Anna Hsia (SBN 234179)
                                            anna@zwillgen.com
                                            Attorney for Defendant
                                            **LEASEWEB USA, INC.**

ZWILLGEN LAW LLP
915-2 BATTERY STREET, SUITE 3
SAN FRANCISCO, CALIFORNIA 94111
(415) 590-2335

DEFENDANT LEASEWEB USA'S ANSWER TO FIRST AMENDED COMPLAINT