JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Tel: (415) 591-1000
Fax: (415) 591-1400

ERIN R. RANAHAN (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750

Attorneys for Defendants
OCOM B.V. AND LEASEWEB NETHERLANDS B.V.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>OCOM B.V., a Netherlands Limited Liability Company; LEASEWEB NETHERLANDS B.V. (aka LeaseWeb B.V.), a Netherlands Limited Liability Company; LEASEWEB USA, INC., a Delaware Corporation; LEASEWEB DEUTSCHLAND GmbH, a German Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>             Defendants. | **Case No. 2:14-cv-00808-JFW-VBK**<br><br>**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF STIPULATION TO EXTEND TIME FOR OCOM B.V. AND LEASEWEB NETHERLANDS B.V TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**First Amended Complaint Served**: April 30, 2014<br><br>**Current Response Date:** May 21, 2014<br><br>**Proposed Response Date:** June 11, 2014 |

# DECLARATION OF JENNIFER A. GOLINVEAUX

1. I am an attorney at the law firm of Winston & Strawn LLP, attorneys for Defendants Ocom B.V. and LeaseWeb Netherlands B.V. in this matter. I am licensed to practice before the Courts of the State of California and this United States District Court. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Defendants Ocom B.V. and LeaseWeb Netherlands B.V. were served in this matter on April 30, 2014. Defendant Leaseweb Deutschland GmbH has not yet been served in this action.

3. The current deadline for Defendants to respond to Plaintiff's First Amended Complaint is May 21, 2014.

4. I am currently negotiating a settlement agreement on behalf of Ocom B.V. and Leaseweb Netherlands B.V. in this action. Plaintiff and all named Defendants have agreed to the key terms of the settlement of this action. Plaintiff and Defendants are exchanging drafts of the settlement agreement and expect to finalize their settlement agreement by next week.

5. Plaintiff and Defendants Ocom B.V. and Leaseweb B.V. agree that extending the deadline to June 11, 2014 for Defendants Ocom B.V. and Leaseweb B.V. to respond to the First Amended Complaint will allow the parties to focus their efforts on finalizing the settlement of this action.

6. Defendants Ocom B.V. and Leaseweb B.V. have never previously requested an extension in this action.

/s/ *Jennifer A. Golinveaux*
Jennifer A. Golinveaux

1

GOLINVEAUX DECLARATION ISO STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 2:14-CV-00808-JFW-VBK