Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA  92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)

Lynell Davis, Esq., SBN 271152
lynell@perfect10.com
Natalie Locke, Esq., SBN 261363
natalie@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-0794 (ph)
(310) 476-0700 (fax)

Attorneys for Plaintiff *Perfect 10, Inc*.

[Additional Counsel on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>       Plaintiff,<br>   v.<br><br>OCOM B.V., a Netherlands Limited Liability Company, et al.,<br><br>       Defendants. | Case No.: CV 14-00898-JFW (VBK)<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE** |

Anna Hsia (SBN 234179)
anna@zwillgen.com
ZWILLGEN LAW, LLP
915-2 Battery Street, 2d Floor
San Francisco, CA 94111
Telephone: (415) 590-2335
Facsimile: (415) 445-0908

Attorneys for Defendant
*LeaseWeb USA, Inc*.


Jennifer Golinveaux (SBN 203056)
jgolinveaux@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendants Ocom B.V.,
LeaseWeb Netherlands B.V.,
and LeaseWeb Deutschland GmbH

1  IT IS HEREBY STIPULATED AND AGREED, by and between the
2  undersigned counsel for the respective parties, that plaintiff Perfect 10, Inc. and
3  defendants LeaseWeb USA, Inc., Ocom B.V., LeaseWeb Netherlands B.V. and
4  LeaseWeb Deutschland GmbH hereby request dismissal of the above-referenced action
5  with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs
6  and fees.

9  DATED: June 4, 2014          **KRAUSE KALFAYAN BENINK &**
10                               **SLAVENS, LLP**

11                                By: /s/ Eric J. Benink
12                                    Eric J. Benink, SBN 187434
13                                    eric@kkbs-law.com
                                      Attorneys for Plaintiff Perfect 10, Inc.
14

15  DATED: June 4, 2014          **ZWILLGEN LAW LLP**
16

17                                By: /s/ Anna Hsia
18                                    Anna Hsia, SBN 234179
                                      anna@zwillgen.com
19                                    Attorneys for Defendant
20                                    LeaseWeb USA, Inc.

21  DATED: June 4, 2014          **WINSTON & STRAWN, LLP**
22

23                                By: /s/ Jennifer Golinveaux
24                                    Jennifer Golinveaux, SBN 203056
                                      jgolinveaux@winston.com
25                                    Attorneys for Defendants
26                                    Ocom B.V., LeaseWeb Netherlands B.V.,
                                      and LeaseWeb Deutschland GmbH
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2014, I electronically filed the foregoing **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Anna Hsia (SBN 234179)<br>ZWILLGEN LAW, LLP<br>915-2 Battery Street, 2nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 590-2335<br>Facsimile: (415) 445-0908<br>anna@zwillgen.com | Attorney for Defendant<br>Leaseweb USA, Inc., |
| Jennifer Golinveaux (SBN 203056)<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jgolinveaux@winston.com | Attorney for Defendant Ocom B.V.<br>LeaseWeb Netherlands B.V. and<br>LeaseWeb Deutschland GmbH |

_____
Robin L. Griffin